472 A.2d 260

Commonwealth v. Walters, Appellant.

Submitted October 14, 1983. William R. Hughes, for appellant; James B. Yelovich, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.